## HUSTED v. LOCHE.

No. 4090.   Opinion Filed January 26, 1915.

*Error from County Court, Garvin County;*

*W. B. Mitchell, Judge.*

Action by Joe Loche against Theo Husted. Judgment for plaintiff, and defendant appeals.   Dismissed.

*Blanton & Andrews,* for plaintiff in error.

. *Thompson & Patterson,* for defendant in error.

Opinion by BREWER, C.   The petition in error and case-made in this action was filed in this court on June 17, 1912.   The plaintiff has failed to file any brief, and no reason being given therefor, the cause is dismissed in accordance with rule seven (38 Okla. vi, 137 Pac. ix) of this court.

By the Court:   It is so ordered.